IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gaines, Lauren M

Printed: 10/14/08

Case Number: 07 B 19963
Judge: Goldgar, A. Benjamin
Filed: 10/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed - No Disch:  August 7, 2008
Confirmed: January 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,650.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 2,535.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,364.00 |
| Trustee Fee: |  | 400.84 |
| Other Funds: |  | 350.00 |
| Totals: | 6,650.00 | 6,650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,364.00 | 3,364.00 |
| 2. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 3. | Capital One | Unsecured | 162.07 | 481.12 |
| 4. | B-Real LLC | Unsecured | 552.36 | 1,639.72 |
| 5. | ECast Settlement Corp | Unsecured | 66.46 | 197.30 |
| 6. | Sprint Nextel | Unsecured | 18.64 | 55.33 |
| 7. | ECast Settlement Corp | Unsecured | 54.47 | 161.69 |
| 8. | World Financial Network Nat'l | Unsecured | 40.22 | 0.00 |
| 9. | CFS-SunTech Servicing | Unsecured |  | No Claim Filed |
| 10. | CFS-SunTech Servicing | Unsecured |  | No Claim Filed |
| 11. | CFS-SunTech Servicing | Unsecured |  | No Claim Filed |
| 12. | CFS-SunTech Servicing | Unsecured |  | No Claim Filed |
| 13. | CFS-SunTech Servicing | Unsecured |  | No Claim Filed |
| 14. | CFS-SunTech Servicing | Unsecured |  | No Claim Filed |
| 15. | Colorado Technical University Online | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | CFS-SunTech Servicing | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,258.22 | $ 5,899.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 42.55 |
| 6.5% | 358.29 |
|  | $ 400.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gaines, Lauren M | Case Number:  07 B 19963 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  10/14/08 | Filed:  10/26/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

